Below is an Order of the Court.

                                                   _____
                                                   RANDALL L. DUNN
                                                   U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: | ) Bankruptcy Case |
| | ) No. 12-30656-rld11 |
| AMERICAN AMEX, INC., | ) |
| | ) 1) ORDER ON MOTION TO SHORTEN TIME |
| | ) 2) ORDER ON MOTION TO SELL |
| Debtor. | ) |

      Following the hearing on June 19, 2014, on the debtor's Notice of Intent to Sell All or Substantially All Assets (11 U.S.C. § 363) and Notice of Hearing ("Sale Motion")(docket no. 327) and on the debtor's Motion for an Order Shortening Time for Hearing on the Motion to Sell ("Shorten Time Motion")(docket no. 329),

      It is ORDERED:

      1) the Shorten Time Motion is GRANTED; and

      2) the Sale Motion is DENIED for the reasons stated on the record at the June 19, 2014 hearing.

                                        ###

cc:    D. Blair Clark
       Brad A. Goergen

Page 1 -   ORDER ON MOTION TO SHORTEN TIME AND ORDER ON MOTION TO SELL

```
 1        Patrick M. Gregg
          Matthew K. Shriver
 2        Timothy A. Solomon
          Thomas W. Stilley
 3        Brent G. Summers
          Gary L. Blacklidge
 4        Matthew A. Goldberg
          Todd A. Long
 5        United States Trustee
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```

Page 2 -   ORDER ON MOTION TO SHORTEN TIME AND ORDER ON MOTION TO SELL